Benjamin GLASS, Plaintiff-Appellee, v. Ernest A. CHAMBERLAND, Defendant-Appellant.

J. Seymour ISAACSON, Plaintiff-Appellee, v. Ernest A. CHAMBERLAND, Defendant-Appellant.

Nos. 15, 16.

Circuit Court of Appeals, Second Circuit.

Oct. 17, 1938.

Fenton, Wing & Morse, Charles F. Ryan, and John A. M. Hinsman, all of Rutland, Vt., for appellant.

Lawrence & O'Brien and Joseph R. Mangan, all of Rutland, Vt., for appellees.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgments affirmed.

William GLICKER, Appellant, v. The UNITED STATES, Appellee.

No. 8037.

Circuit Court of Appeals, Sixth Circuit.

Nov. 16, 1938.

Harry S. Bennett, of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Before HICKS, ALLEN and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard by the court, and it appearing that there is no reversible error upon the record, it is therefore ordered and adjudged that the judgment of the District Court be and is in all things affirmed.

In re GROSSE POINTE YACHT CLUB, a Michigan Corporation, Debtor.

Appeal of John McNeil BURNS, Attorney for Debtor and Petitioning Bondholders. John D. Lynch, Permanent Trustee, Appellee; Abner E. Larned, Former Permanent Trustee, Appellee; William Lucking, Dean Lucking, Howell Van Auken, Lawrence M. Sprague, Fred J. Schumann and Waldo K. Greiner, Doing Business Under the Name of Lucking, Van Auken & Sprague, Attorneys for Permanent Trustee, Appellees; Union Guardian Trust Co., a Michigan Corporation, Trustee, Appellee; George B. Shaeffer and Louis F. Dahling, Attorneys for Union Guardian Trust Company, a Michigan Corporation, Trustee, Appellees.

Circuit Court of Appeals, Sixth Circuit.

Oct. 10, 1938.

John McNeil Burns, of Detroit, Mich., for appellant.

No appearance for appellees.

PER CURIAM.

Upon reading and filing the attached stipulation consenting to the dismissal without costs of the appeal of John McNeil Burns from the order signed, filed and entered by the Honorable Arthur F. Lederle, in the United States District Court for the Eastern District of Michigan, Southern Division, on the 11th day of July, 1938, designated as an "Order Relating to the Claim of John McNeil Burns for Compensation", and it appearing therefrom that it is agreed that the said appeal may be dismissed, now, therefore, it is hereby ordered that the said appeal of John McNeil Burns from the said order may be and the same is hereby dismissed without costs to any of the parties.